```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 11965
   DONALD W KUBECZKO
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5162


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/11/2008 and was not confirmed.

     The case was dismissed without confirmation 08/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
JIM HOLDER                   UNSECURED      NOT FILED            .00           .00
B-REAL LLC                   UNSECURED        1246.61            .00           .00
CAPITAL ONE                  UNSECURED      NOT FILED            .00           .00
CAPITAL ONE                  UNSECURED      NOT FILED            .00           .00
CARSON PIRIE SCOTT           UNSECURED      NOT FILED            .00           .00
HSBC CARD SERVICES           UNSECURED      NOT FILED            .00           .00
HSBC CARD SERVICES           UNSECURED      NOT FILED            .00           .00
JC PENNEY                    UNSECURED      NOT FILED            .00           .00
NCO                          UNSECURED      NOT FILED            .00           .00
NCO PORTFOLIO MANAGMENT      NOTICE ONLY    NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        4889.95            .00           .00
WALMART                      UNSECURED      NOT FILED            .00           .00
PUBLIC STORAGE               NOTICE ONLY    NOT FILED            .00           .00
PUBLIC STORAGE               NOTICE ONLY    NOT FILED            .00           .00
PUBLIC STORAGE               NOTICE ONLY    NOT FILED            .00           .00
B-REAL LLC                   UNSECURED       13055.35            .00           .00
B-REAL LLC                   UNSECURED       16249.06            .00           .00
SELECT PORTFOLIO SERVICI     CURRENT MORTG       .00             .00           .00
SELECT PORTFOLIO SERVICI     SECURED NOT I   26971.36            .00           .00
ASSET ACCEPTANCE LLC         UNSECURED         159.57            .00           .00
PRA RECEIVABLES MANAGEME     UNSECURED        4999.98            .00           .00
FIA CARD SERVICES            UNSECURED        3164.74            .00           .00
FIA CARD SERVICES            UNSECURED            .00            .00           .00
JOYNER LAW OFFICE            DEBTOR ATTY        .00                            .00
TOM VAUGHN                   TRUSTEE                                           .00
DEBTOR REFUND                REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11965 DONALD W KUBECZKO
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                    ---------------      ---------------
TOTALS                                          .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE